1  Renée Welze Livingston (SBN 124280)
   Jason G. Gong (SBN 181298)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendant
6  FEDERAL DEPOSIT INSURANCE CORPORATION
   as Receiver for INDYMAC BANK, F.S.B.
7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDWARD RAASS AND EVELINI RAASS, | ) | Case No. 3:10-cv-00187-MMC |
   |   | ) |   |
12 |            Plaintiffs, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
   |   | ) |   |
13 |     vs. | ) |   |
   |   | ) | AND ORDER THEREON |
14 | BANK OF AMERICA, NATIONAL ASSOCIATION, a United States Corporation; COUNTRYWIDE, a California Corporation; INDYMAC BANK, a California Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California Corporation; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 10, inclusive, | ) | Complaint Filed:  09/21/09 Trial Date:  None |
   |            Defendants. | ) |   |

22    Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for

23 IndyMac Bank, F.S.B. ("FDIC"), and Plaintiffs EDWARD RAASS and EVELINI RAASS, by

24 and through their respective counsel, respectfully request and make the following stipulation:

25    1.    Whereas, the parties have had on-going discussions regarding the underlying

26 issues presented in this action to evaluate whether informal resolution of the matter is possible;

27    2.    Whereas, the Court's January 14, 2010 order setting Initial Case Management

28 Conference and ADR Deadlines presently requires the parties to meet their respective obligations

1  under Rule 26(f) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and applicable Local
2  Rules of this Court in preparation for the Court's Initial Case Management Conference ("Initial
3  CMC") currently set for April 30, 2010 at 10:30 a.m. before this Court;
4      3.   Whereas, the parties will benefit from additional time to determine whether a
5  settlement of this matter can be reached upon mutually agreeable terms and conditions;
6      4.   Whereas, the parties believe it would be in the interests of the parties and of this
7  Court to continue the Initial CMC for a period of forty-two (42) days until June 11, 2010 to
8  allow the parties to reach a settlement of this case;
9      **IT IS STIPULATED:**
10     That the parties' obligations under Fed. R. Civ. P. 26(f) and the Local Rules of this Court
11 are continued in accordance to the Court's assignment of June 11, 2010 as the new date for the
12 Initial CMC.

13                                              Respectfully submitted,

14 Dated:  April 23, 2010                       LIVINGSTON LAW FIRM

15
                                                /s/ *Jason G. Gong*
16                                        By: _____
                                                Jason G. Gong
17                                              Attorneys for defendant FEDERAL
                                                DEPOSIT INSURANCE CORPORATION,
18                                              as Receiver for INDYMAC FEDERAL
                                                BANK
19

20 Dated:   April 23, 2010                      LAW OFFICES OF MICHAEL MOGHTADER

21
                                                /s/ *Michael Moghtader*
22                                        By: _____
                                                Michael Moghtader
23                                              Attorney for Plaintiffs EDWARD RAASS
                                                And EVELINI RAASS
24
25
26
27
28

_____
*Raass v. Bank of America, et al.* Case No. 3:10-cv-00187-MMC
Stipulation and [Proposed] Order Continuing Initial Case Management Conference.
2

## ORDER

**IT IS HEREBY ORDERED** that the Initial Case Management Conference currently set for April 30, 2010 is CONTINUED for a period of forty-two (42) days until June 11, 2010 at 10:30 a.m.

Dated:  April 26      , 2010

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

---

*Raass v. Bank of America, et al.* Case No. 3:10-cv-00187-MMC
Stipulation and [Proposed] Order Continuing Initial Case Management Conference.
3