1   Renée Welze Livingston (SBN 124280)
    Jason G. Gong (SBN 181298)
2   LIVINGSTON LAW FIRM
    A Professional Corporation
3   1600 South Main Street, Suite 280
    Walnut Creek, CA  94596
4   Tel:  (925) 952-9880
    Fax: (925) 952-9881
5   rlivingston@livingstonlawyers.com
    jgong@livingstonlawyers.com
6
    Kathryn R. Norcross, Senior Counsel
7   Anne M. Devens, Counsel
    Federal Deposit Insurance Corporation
8   Legal Division
    3501 Fairfax Drive, VS-D-7062
9   Arlington, VA 22226
    Tel:  (703) 562-2204
10
    Attorneys for Defendant
11  FEDERAL DEPOSIT INSURANCE CORPORATION
    as Receiver for INDYMAC BANK, F.S.B.
12

13              UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16  EDWARD RAASS AND EVELINI          )   Case No. 3:10-cv-00187-MMC
    RAASS,                            )
17                                    )   **STIPULATION AND [PROPOSED]**
                        Plaintiffs,   )   **ORDER FOR DISMISSAL OF FEDERAL**
18                                    )   **DEPOSIT INSURANCE CORPORATION**
             vs.                      )   **AS RECEIVER FOR INDYMAC BANK,**
19                                    )   **F.S.B.**
    BANK OF AMERICA, NATIONAL         )
20  ASSOCIATION, a United States      )
    Corporation; COUNTRYWIDE, a       )   Complaint Filed:  09/21/09
21  California Corporation; INDYMAC BANK, )   Trial Date:  None
    a California Corporation; MORTGAGE )
22  ELECTRONIC REGISTRATION           )
    SYSTEMS, INC., a California Corporation; )
23  QUALITY LOAN SERVICE              )
    CORPORATION; and DOES 1 through 10, )
24  inclusive,                        )
                                      )
25                      Defendants.   )
    _____ )

26

27          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by reason of the parties

28  meeting and conferring on the terms below, plaintiffs EDWARD RAASS and EVELINI RAASS

---

1    and defendant THE FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for

2    INDYMAC BANK, F.S.B. ("FDIC-Receiver"), by and through their respective counsel of

3    record, hereby stipulate that the FDIC-Receiver is dismissed with prejudice from the above-

4    captioned action.

5         Each side will bear their own fees and costs incurred in this action.

6    **IT IS SO STIPULATED**

7    Dated:  June 4, 2010                      LAW OFFICES OF MICHAEL MOGHTADER

8

9                                             */s/ Michael Moghtader*
                                         By: _____
10                                           Michael Moghtader
                                             Attorney for Plaintiffs EDWARD RAASS
11                                           And EVELINI RAASS

12

13   Dated:  June 4, 2010                      LIVINGSTON LAW FIRM

14

15                                             */s/ Jason G. Gong*
                                         By: _____
16                                           Jason G. Gong
                                             Attorneys for defendant FEDERAL
17                                           DEPOSIT INSURANCE CORPORATION
                                             as Receiver for INDYMAC BANK, F.S.B.

18

19                              **[PROPOSED]̶ ORDER**

20

21        Having reviewed the parties' stipulation and good cause appearing, the Court orders that

22   the FDIC-Receiver is hereby dismissed with prejudice from this action.  The parties will bear

23   their own attorney's fees and costs incurred in this action.

          **IT IS SO ORDERED.**           Further, the June 18, 2010 hearing on the FDIC's motion to
24                                         dismiss is VACATED.

25   Dated:  _June 7, 2010_____       _____
26                                         HONORABLE MAXINE M. CHESNEY
                                           UNITED STATES DISTRICT JUDGE
27

28

---

*Raass v. Bank of America, et al.* Case No. 3:10-cv-00187-MMC
Stipulation and [Proposed] Order for Dismissal of FDIC as Receiver for IndyMac Bank, F.S.B.