Michael H. Moghtader,   State Bar No.206421
**LAW OFFICES OF MICHAEL H. MOGHTADER**
18321 Ventura Boulevard, Suite 840
Tarzana, California 91356

Telephone:   (818) 996-9600
Facsimile:    (818) 996-1700

Attorney for Defendants:
Edward Raass, and Eveline Raass

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD RAASS AND EVELINI RAASS,** | CASE NO: 3:10-CV-00187-MMC |
| Plaintiff, | **REQUEST FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | AND ORDER THEREON |
| BANK OF AMERICA, N.A., a United States Corporation et. al. | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 41(a) (2), Plaintiffs Edward Raass and Eveline Raass, by and through their attorney, Michael H. Moghtader, request that the entire action be dismissed against all defendants and does.

All parties to bear this own fees and costs incurred in this action.

Dated: June 9, 2010                              **LAW OFFICES OF MICHAEL H. MOGHTADER**


                                                                */s/ Michael H. Moghtader*
                                            By:_____
                                                   MICHAEL H. MOGHTADER
                                                   Attorney for Plaintiffs
                                                   Edward Raass, and Evelini Raass

1

**REQUEST FOR DISMISSAL OF ENTIRE ACTION**

# **[PROPOSED] ORDER**

Having reviewed the Plaintiff's request and good cause appearing, the Court orders that the entire action be dismissed against all defendants and does 1 through 10. The parties will bear their own attorney's fees an costs incurred in this action

**IT IS SO ORDERED.**

Dated: June 10, 2010



HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE.

**REQUEST FOR DISMISSAL OF ENTIRE ACTION**